IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG TRONG NGUYEN,

       Petitioner,                      No. 2:10-cv-3068 KJN P

   vs.

K. HARRINGTON, Warden,

       Respondent.                   <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and seeks to proceed in this action in forma pauperis. Petitioner has filed a copy of his prison trust account statement but has not submitted the affidavit required by 28 U.S.C. § 1915 and Rule 3, Rules Governing Section 2254 Cases. Therefore, petitioner will again be provided the opportunity to submit the appropriate affidavit.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within fourteen (14) days from the date of this order, an affidavit in support of his request to proceed in forma pauperis, on the form provided herein; and

////

////

1

2. The Clerk of Court is directed to send petitioner a copy of the form used in this district for seeking in forma pauperis status.

DATED: February 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

nguy3068.101a.2